**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**LORRAINE M. PEREZ-VELEZ,**

    **Plaintiff,**

          **v.**                        **CIVIL NO.  16-1900 (PAD)**

**BELLA VISTA HOSPITAL, INC.**

    **Defendants.**

**JUDGMENT**

In accordance with the Order issued today (Docket No. 19), the court hereby enters judgment dismissing plaintiff's claims with prejudice, with each party bearing its own costs and attorney's fees.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 11th day of April, 2017.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge